UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HENRY GUERRERO (1);<br>CHRISTIAN IRIBE-PEREZ (2);<br>KATHERINE HENRIQUEZ (3),<br><br>Defendants. | Case No.: 22-cr-1194-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
|---|---|

On October 25, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for November 7, 2022 to December 9, 2022. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 59] and sets the Motion Hearing/Trial Setting on December 9, 2022 at 10:30 a.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//

22-cr-1194-JO

Further, on May 30, 2022, Defendant Iribe-Perez filed a pretrial motion that remains pending. The co-Defendants also filed pretrial motions that remain pending. Accordingly, the Court finds that time from May 20, 2022 to December 9, 2022 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D). This time is excluded as to the co-Defendants. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

IT IS SO ORDERED.

Dated: 10/26/22

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE