UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>KATHERINE HENRIQUEZ,<br><br>                      Defendant. | Case No.: 22-cr-1194-JO<br><br>**ORDER VACATING MOTIONS IN LIMINE AND JURY TRIAL DATES, AND SETTING STATUS HEARING** |

On January 4, 2024, the parties filed a joint motion to vacate the motions in limine hearing set for January 12, 2024 and the jury trial date set for January 22, 2024, and to set a status hearing for February 9, 2024. [Dkt. 104.] For good cause appearing, the Court GRANTS the joint motion to vacate the motions in limine hearing and jury trial date, and sets a status hearing for February 9, 2024 at 1:30 p.m. in Courtroom 4C.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On January 4, 2024, a signed plea agreement was lodged before the Court, and a change of plea hearing has been set for January 25, 2024 before Magistrate Judge Valerie E. Torres.

Accordingly, the Court finds that time from January 4, 2024, to February 9, 2024, shall be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

IT IS SO ORDERED.

Dated: 1/5/24

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

22-cr-1194-JO